12/29/09

APPELLATE COURT OF ILLINOIS
FIRST DISTRICT

In re: Hess, Rebecca v. City of Chicago, et al.

Appellate No.: 1-08-1653(1)

The case in the above entitled cause is set for oral argument at 10:00 A.M. on 01/27/10 in the Appellate Courtroom, First District, has been CANCELLED until further notice.

/s/ Steven M. Ravid, Clerk

Jeffrey J. Neslund
150 N. Wacker Dr.
Suite 2460
Chicago, IL 60606

COUNSEL SHALL IMMEDIATELY ACKNOWLEDGE RECEIPT OF THE NOTICE OF CANCELLATION OF ORAL ARGUMENT.

YOUR ACKNOWLEDGEMENT MUST BE IN WRITING WITH A COPY SENT TO OPPOSING COUNSEL.

ACKNOWLEDGEMENT

Attorney for Appellant/Appellee:

JEFFREY J. NESLUND
150 N Wacker Dr., Chicago, IL 60606

Acknowledge Notice of CANCELLATION of Oral Argument scheduled for 1-27-2010 ;
In re: Hess, Rebecca v. City of Chicago, et al.
Appellate No.: 1-08-1653(1)

X /s/
Attorney for Appellant/Appellee

GROUP A

Please return copy of entire page to the Appellate Court.

02/17/10

APPELLATE COURT OF ILLINOIS
FIRST DISTRICT

In re: Hess, Rebecca v. City of Chicago, et al.

Appellate No.: 1-08-1653(1)

The case in the above entitled cause is set for oral argument at 10:00 A.M. on 03/10/10 in the Appellate Courtroom, First District, has been CANCELLED until further notice.

/s/ Steven M. Ravid, Clerk

Jeffrey J. Neslund
150 N. Wacker Dr.
Suite 2460
Chicago, IL 60606

COUNSEL SHALL IMMEDIATELY ACKNOWLEDGE RECEIPT OF THE NOTICE OF CANCELLATION OF ORAL ARGUMENT.

YOUR ACKNOWLEDGEMENT MUST BE IN WRITING WITH A COPY SENT TO OPPOSING COUNSEL.

ACKNOWLEDGEMENT

Attorney for Appellant/Appellee:

_____

_____

_____

Acknowledge Notice of CANCELLATION of Oral Argument scheduled
for _____;
In re: Hess, Rebecca v. City of Chicago, et al.
Appellate No.: 1-08-1653(1)

X_____
Attorney for Appellant/Appellee

Please return copy of entire page to the Appellate Court.

04/27/10

APPELLATE COURT OF ILLINOIS
FIRST DISTRICT

In re: Hess, Rebecca v. City of Chicago, et al.

Appellate No.: 1-08-1653(1)

The case in the above entitled cause is set for oral argument at 10:00 A.M. on 05/12/10 in the Appellate Courtroom, First District, has been CANCELLED until further notice.

/s/ Steven M. Ravid, Clerk

Corporation Counsel Of The City Of Chicago
30 N. LaSalle Street
Suite 800
Chicago, IL 60602


COUNSEL SHALL IMMEDIATELY ACKNOWLEDGE RECEIPT OF THE NOTICE OF CANCELLATION OF ORAL ARGUMENT.

YOUR ACKNOWLEDGEMENT MUST BE IN WRITING WITH A COPY SENT TO OPPOSING COUNSEL.


ACKNOWLEDGEMENT

Attorney for Appellant/Appellee:

City of Chicago

Acknowledge Notice of CANCELLATION of Oral Argument scheduled for 5/12/10 ;
In re: Hess, Rebecca v. City of Chicago, et al.
Appellate No.: 1-08-1653(1)

x /s/ [signature]
Attorney for Appellant/Appellee

   CC:   Jeffrey Neslund
           Robert Robertson

Please return copy of entire page to the Appellate Court.