**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEVELLE HENRY  et. al. | ) | |
|             Plaintiffs, | ) | 09 C 5738 |
| | ) | |
| v. | ) | |
| | ) | Judge COAR |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Magistrate Judge COLE |
|             Defendants. | ) | |

### AGREED MOTION TO ENTER JUDGMENT FOR ATTORNEY'S FEES

Defendants, Officer Boyd and Officer Beluso by its attorney Tiffany Y. Harris, Assistant Corporation Counsel for the City of Chicago and LeVelle Henry, through his attorney Jeffrey Neslund, moves this Court for a judgment order on attorney's fees and offers in support thereof:

1.    This case is proceeded to trial on March 21, 2011.

2.    Plaintiff prevailed on his excessive force claim against both Officers Boyd and Beluso.

3.    Plaintiff demanded $150,000.00 in attorneys fees for this case.

3.    The attorney for the plaintiff, Jeffrey Neslund and the attorneys for the Defendants, Tiffany Y. Harris and Alec McAusland have agreed upon attorneys fees for the plaintiff's counsel in the amount of $100,000.00 against the City of Chicago.

4.    In order to pay for the fees a judgment order from the Court is required in the amount of $100,000.00.


**WHEREFORE,** the parties request a court order entering judgment for attorney's fees in the amount of $100,000.00 and any other relief this Honorable Court deems appropriate.

**DATED: August 30, 2011.**

By: /s/ Tiffany Y. Harris

Assistant Corporation Counsel
Attorney for Defendants

30 N. LaSalle, Ste. 900
Chicago, IL 60602
(312) 744- 7684

## CERTIFICATE OF SERVICE

I Tiffany Y. Harris, an attorney, hereby certify that I have caused true and correct copies of the above and foregoing **AGREED MOTION TO ENTER JUDGMENT FOR ATTORNEY'S FEES** to be sent via e-filing delivery (except where noted), this 30th Day of August, 2011 to:

Jeffrey J. Neslund
Law Offices of Jeffrey J. Neslund
150 North Wacker Drive
Suite 2460
Chicago, IL 60602
312-223-1100

By: /s/ Tiffany Harris
Tiffany Harris
Assistant Corporation Counsel